STATE OF NEW JERSEY v. ANTONIO WALKER.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO WALKER.

January 25, 1983.

Cross-petition for certification denied.

NEW JERSEY HIGHWAY AUTHORITY v. GLADIEUX FOOD SERVICES, INC. AND PLATANELLA BROTHERS.

January 25, 1983.

Petition for certification denied.

LEONARD FELZENBERG v. JUDITH TENNENBAUM LACHER.

January 25, 1983.

Petition for certification denied.

JOSEPHINE GULLACE v. GALLER 7–UP BOTTLING CO.

January 25, 1983.

Petition for certification denied.